FAWCETT PUBLICATIONS, INC., Landlord, Appellant, *v.* NEW WORLD CLUB, INC., Tenant, Respondent.

Supreme Court, Appellate Term, First Department, December 19, 1946.

*De Witt, Van Aken, Nast & Chapman* (*Edgar H. A. Chapman* and *William E. Flannery* of counsel), for appellant.

*Arthur Blocksberg* for Civil Service Reform Association, respondent.

*Abraham Kantor* and *Samuel Feuer* for Andrew Weinberger, respondent.

*Daniel Weiss* for Celia Mendelsohn, respondent.

*Arthur Garfield Hays* and *Harold Epstein* for other respondents.

*Per Curiam.* The papers show a proper case for joint trial in these thirty-eight summary proceedings.

The order should be reversed, with $10 costs, and motion granted.

HAMMER, SHIENTAG and HECHT, JJ., concur.

Order reversed, etc.